UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

LOVIE M. HOLLIS,

        Plaintiff,

  v.

AURORA LOAN SERVICES LLC, et al.,

        Defendants.

NO. 2:10-cv-0816 FCD JFM

ORDER

----oo0oo----

The court has reviewed defendants' notice of removal to the United States District Court for the Eastern District of California under 28 U.S.C. §§ 1441 based on federal question jurisdiction.  Pursuant to 28 U.S.C. § 1446, "[t]he notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading."  Defendant contends that plaintiff's complaint, which alleges claims under federal law, was filed in state court on February 26, 2010; it was served via certified mail on the same date.  Defendants'

notice of removal was filed on April 6, 2010, more than thirty days after service of the complaint.  Accordingly, the notice of removal is untimely.  Accordingly, the court REMANDS this action to the Superior Court of California, County of Sacramento.

    IT IS SO ORDERED.

DATED: April 8, 2010

                                      FRANK C. DAMRELL, JR.
                                      UNITED STATES DISTRICT JUDGE